UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
2019 FEB 11 PM 2: 48
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

CASE NO: 6:19-cv-279-Orl-22GJK

FLORIDA UBC HEALTH FUND; JAMES F. BANKS, JR., HAROLD RICHARDSON, H. PRESTON TAYLOR, FRANK D'ANGELO, JIMMIE JORDAN, PAUL FRENCH, CLARENCE "BILLY" CAMPBELL, CLIFFORD TUCKER, RANDY PAGE, MATTHEW SWANSON, AL REAUX, DOUGLAS WALKER, KIRK RIDDLE, JOSEPH M. CREWS, DAVID TANKERSLEY, CONRAD VARNUM, CARLOS RANON, and LOUIS KINNEY, as TRUSTEES OF THE FLORIDA UBC HEALTH FUND; FLORIDA UBC SUPPLEMENTAL PENSION FUND; JAMES F. BANKS, JR.,H. PRESTON TAYLOR, PAUL FRENCH, CLIFFORD TUCKER, CONRAD VARNUM and FRANK D'ANGELO, as TRUSTEES OF THE FLORIDA UBC SUPPLEMENTAL PENSION FUND; FLORIDA CARPENTERS TRAINING TRUST FUND: FLORIDA CARPENTERS REGIONAL COUNCIL

Plaintiffs,

v.

ODOM CONSTRUCTION COMPANY, INC.
an Alabama corporation,

Defendants.
_____/

## COMPLAINT

### GENERAL ALLEGATIONS

**COME NOW** the Plaintiffs, and file this Complaint against Defendant, and allege the following:

1. This Court has jurisdiction pursuant to Section 301 of the Labor Management Relations Act of 1947, as amended (29 USC §185), (hereinafter referred to as the "Act"), and §502 and §515 of the Employee Retirement Income Security Act of 1974 (29 USC §1132 and §1145) (hereinafter referred to as "ERISA").

2. Plaintiffs are as follows:
   A. The Florida UBC Health Fund (hereinafter "Health Fund"), is an Employee Benefit Plan which is a multi-employer employee benefit plan within the meaning of ERISA.
   B. The Florida Carpenters Supplemental Pension Plan (hereinafter "Supplemental Pension Fund"), is an Employee Benefit Plan which is a multi-employer employee benefit plan within the meaning of ERISA.
   C. The Florida Carpenters Training Trust Fund (hereinafter "Apprenticeship Fund"), is a multi-employer employee benefit plan within the meaning of ERISA.
   D. The named individuals (hereinafter "Trustees") are Trustees and Fiduciaries of the named employee benefit plans.
   E. The Florida Carpenters Regional Council is an unincorporated labor organization.
3. The Defendant is a corporation organized and existing under the laws of the State of Alabama, but doing business in the State of Florida.
4. The contributions due are due for work performed in Orange County, Florida within this judicial district.
5. The Defendant is an employer engaged in commerce within the meaning of the Act.

## COUNT I

### TRUSTEES AND EMPLOYEE BENEFIT PLANS CLAIM FOR UNPAID CONTRIBUTIONS, LIQUIDATED DAMAGES, INTEREST AND ATTORNEY'S FEES UNDER ERISA §502 AND §515

Plaintiff Plans and Trustees sue Defendant and allege:

6. Plaintiffs' re-allege and adopt by reference the allegations in paragraphs 1 - 5
7. The Defendant is obligated to provide monthly contribution report forms and make contributions to the Trustees of the multi-employer Plan(s)

under the terms of a collectively bargained agreement. Pertinent pages of said agreement are attached hereto and made a part hereof and are designated as Plaintiffs' Exhibit "A".

8. Said contributions are to be made to Plaintiffs.

9. The contributions due are for work performed in this judicial district from the months of February, 2018 - July, 2018.

10. The Defendant has failed to pay the contributions due in a timely manner, and has failed to provide monthly contribution report forms for the time period of February, 2018 - July, 2018.

11. Plaintiffs are entitled to an audit of Defendant's books and records in order to determine the contributions due for the months in which Defendant has not provided report forms.

12. The Plaintiffs are entitled to a reasonable attorney's fee for the maintenance of this action and the costs of bringing this action.

13. Plaintiffs are entitled to liquidated damages, both for the contributions currently unpaid as well as for prior late payments and payments due after filing of suit herein, pursuant to the collectively bargained agreement and/or Trust Agreement and/or ERISA.

**WHEREFORE,** Plaintiffs' Plans and Trustees pray that this Court grant unto them the following relief:

14. That the Court allow for an accounting of the Defendant's records to ascertain the correct amount of contributions to be paid.

15. That the Defendant be ordered to pay a reasonable attorney's fee for the prosecution and maintenance of this action, costs for bringing this action, interest and liquidated damages.

16.. That a Final Judgment for damages be entered in favor of the Plaintiffs' Plans and Trustees and against the Defendant by reason of the above for:

   A. Unpaid contributions.
   B. liquidated damages.

    C.    Interest.

    D.    Reasonable attorney's fees.

17. That the Court grant such other relief as it deems just and proper.

## COUNT II

### UNION CLAIM FOR UNPAID DUES CHECKOFF PAYMENTS WITHHELD FROM WAGES OF EMPLOYEES

Plaintiff Union sues Defendant and allege:

18. Plaintiffs' re-allege and adopt by reference the allegations in paragraphs 1 - 5.

19. Pursuant to the collective bargaining agreement, the Defendant has withheld dues check-off payments from the wages of its employees but has failed and refused to remit such contributions to the Union in accordance with the collective bargaining agreement.

20. The Defendant has failed to pay the contributions due in a timely manner, and has failed to provide monthly contribution report forms for the time period of February, 2014 through May, 2014.

21. The Plaintiffs are entitled to an audit of the books and records of the Defendant to determine that appropriate contributions have been made.

22. The Union is entitled to a judgment for the unpaid dues check-off payments.

**WHEREFORE,** Plaintiffs' Union and Trustees pray that this Court grant unto them the following relief:

23. That a Final Judgment for damages be entered in favor of the Plaintiff Union and Trustees against the Defendant by reason of the above.

Dated: February 7, 2019

Respectfully submitted,

**VENABLE LAW FIRM, P.A.**

By   S/W. Eric Venable
  W. Eric Venable, Esquire
  Trial Attorney for Plaintiffs
  Florida Bar: 149593
  7402 N. 56th Street, Suite 380
  Tampa, Florida 33617
  (813) 985-7122 - Telephone
  (813) 985-8622 - Facsimile
  eric@venablelawfirm.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Complaint has been furnished to the Secretary of Treasury and the Secretary of Labor in accordance with the Employee Retirement Income Security Act of 1974, by U.S. Mail, Certified Mail/Return Receipt Requested, this 7$^h$ day of February, 2019.

Respectfully submitted,
**VENABLE LAW FIRM, P.A.**

By   S/W. Eric Venable
  W. Eric Venable, Esquire
  Trial Attorney for Plaintiffs
  Florida Bar: 149593
  7402 N. 56th Street, Suite 380
  Tampa, Florida 33617
  (813) 985-7122 - Telephone
  (813) 985-8622 - Facsimile
  eric@venablelawfirm.com

\\172.16.2.4\c\Main Files\DLIT\FUBC\Odom Construction\Complaint final.wpd